JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Frederick Marshall Fox, )<br>)<br>Frederick Marshall Fox, )<br>)<br>      Appellant, )<br>)<br>  v. )<br>)<br>JP Morgan Chase Bank NA, )<br>et al., )<br>)<br>      Appellees. )<br>_____) | SACV 14-01827 JVS<br><br>ORDER OF DISMISSAL FOR<br><br>LACK OF PROSECUTION |

    The Court having issued an Order to Show Cause on _____May 13, 2015_____ as to why this action should not be dismissed for lack of prosecution, with a written response due on May 22, 2015 and no response having been made,

    IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution.

DATED: May 27, 2015

                                             _____
                                             James V. Selna
                                           United States District Judge